UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:09-HC-2163-FL-JG |
| ) | |
| MICHAEL GREY WHITEROCK, ) | |
| ) | |
| Respondent. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration after the court held a bench trial.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court finds by clear and convincing evidence that Respondent Whiterock is a sexually dangerous person under the Adam Walsh Act and that he be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4248.

**This Judgment Filed and Entered on August 13, 2012, with service on:**

G. Norman Acker, III, Michael D. Brendenberg, R.A. Renfer, Jr., Michael James, Joseph L. Ross, II, Robert E. Waters, and Seth Morgan Wood (via CM/ECF Notice of Electronic Filing)
Record Center, FCI Butner Medium, P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)

August 13, 2012          JULIE A. RICHARDS, CLERK
                          /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk