UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-HC-02163-FL-JG

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL GREY WHITEROCK | **ORDER** |

This matter having come before the Court on the Respondent's motion seeking authorization for reimbursement of unusual witness expenses expended by fact witness Alice Boone on July 28, 2012. For good cause shown, and pursuant to Title 28 United States Code Sections 524 and 1821, and Fed. R. Crim. P. 17(b), and the United States Marshals regulations for "Unusual Expenses of Fact Witnesses," this motion is GRANTED, and the United States Marshal's Office in the Eastern District of North Carolina shall reimburse the travel expenses incurred on July 28, 2012 by Alice Boone as reasonable expenses.

IT IS SO ORDERED.

This 16th day of August, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge